Ed Johnson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc. January 22, 1907.)

Writ of error to Criminal Court of Record, Escambia County; E. D. Beggs, Judge.

*Geo. W. Parker* and *C. H. Alston,* for Plaintiff in Error;

*W. H. Ellis,* Attorney General, for the State.

This action was brought by the defendant in error

against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of attorney general, counsel for the defendant in error.